

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COLLINS L. GLENN,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.
_____/

Case No. 03-60066-AA
Hon. Marianne O. Battani

STUART A. SKLAR (P38146)
FABIAN, SKLAR & KING, P.C.
Attorneys for Plaintiffs
31800 Northwestern Highway, Suite 205
Farmington Hills, MI 48334
(248) 855-2110

ROBERT L. MOTT, JR. (P27942)
STACEY L. HEINONEN (P55635)
PATRICK, JOHNSON & MOTT, P.C.
Attorneys for Defendant
27777 Franklin Road, Suite 1100
Southfield, MI 48034
(248) 356-8590
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO EXCLUDE THE TESTIMONY OF DANIEL TERSKI PURSUANT TO FEDERAL RULE OF EVIDENCE 702

At a session of said Court, held in the United States District Court for the Eastern District of Michigan, in Ann Arbor, Michigan

on   March 24, 2004

PRESENT: **MARIANNE O. BATTANI**
          HON. MARIANNE O. BATTANI

Patrick, Johnson &
Mott, P.C.
27777 Franklin Road
1100 American Center
Southfield, MI 48034
Tel  248 356-8590
Fax  248 356-7934

This matter having come before the Court on Plaintiff's Motion to Exclude the Testimony of Daniel Terski, and its Brief in Support thereof, and the Court having considered each parties' respective Briefs and having heard oral arguments thereon, and the Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion to Exclude the Testimony of Daniel Terski pursuant to Federal Rule of Evidence 702 is denied for the reasons set forth on the record.

_____
HON. MARIANNE O. BATTANI
UNITED STATES DISTRICT COURT JUDGE

We stipulate to entry of the above Order:

_____
STUART A. SKLAR (P38146)
Attorney for Plaintiff
31800 Northwestern Highway, Suite 205
Farmington Hills, MI 48334
(248) 855-2110

_____
ROBERT L. MOTT, JR. (P27942)
STACEY L. HEINONEN (P55635)
Attorneys for Defendant, State Farm
27777 Franklin Road, Suite 1100
Southfield, MI 48034
(248) 356-8590

Patrick, Johnson & Mott, P.C.
27777 Franklin Road
1100 American Center
Southfield, MI 48034
Tel 248 356-8590
Fax 248 356-7934

2