UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED

'04 OCT 14 P4 :26

U.S. DIST. COURT CLERK
EAST DIST. MICH
ANN ARBOR

COLLINS L. GLENN,

        Plaintiff,

v.

        Case No. 03-60066
        HON. MARIANNE O. BATTANI

STATE FARM FIRE AND CASUALTY CO.,

        Defendant.
_____/

## VERDICT FORM

1. Has State Farm proven by a preponderance of the evidence that Plaintiff intentionally set or arranged for the setting of the December 31, 2001 fire?

    YES____        NO  X

**\*\*Please have your foreperson sign and date the verdict form and return it to the Court.\*\***

_____
FOREPERSON  (Amy M. Hood)

DATED: October 14, 2004