UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COLLINS L. GLENN,

    Plaintiff,

v.

Case No. 03-60066
Hon. Marianne O. Battani

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendant.

---

| | |
|---|---|
| STUART A. SKLAR P38146 | ROBERT L. MOTT, JR. (P27942) |
| DOUGLAS G. McCRAY (P55568) | PATRICK, JOHNSON & MOTT, P.C. |
| FABIAN, SKLAR & KING, P.C. | Attorneys for Defendant |
| Attorney for Plaintiff | 27777 Franklin Road, Suite 1100 |
| 31800 Northwestern Hwy, Suite 205 | Southfield, MI 48034 |
| Farmington Hills, MI 48334 | (248) 356-8590 |
| (248) 855-2110 | |

---

## JUDGMENT ON JURY VERDICT

At a session of said Court, held in the City of Ann Arbor, County of Washtenaw, State of Michigan, on NOV 2, 2004

PRESENT: HONORABLE Marianne Battani
U.S. DISTRICT COURT JUDGE

This matter having been tried to a jury on October 13 and 14, 2004, and the jury having rendered its verdict finding in favor of Plaintiff Collins Glenn and against Defendant State Farm Fire and Casualty Company on the issue of liability, and the parties having previously stipulated to the amount of damages as follows:

| | |
|---|---|
| Contents: Actual Cash Value | $ 95,004.33 |
| Replacement Cost Value | $135,820.47 |
| | |
| Dwelling: Actual Cash Value | $109,824.75 |
| Replacement Cost Value | $147,099.67 |
| | |
| Additional Living Expenses | $ 26,140.00 |

IT IS THEREFORE ORDRED that Judgment is hereby entered in favor of Plaintiff Collins and against Defendant State Farm Fire and Casualty Company in the amounts set forth above. In addition, Plaintiff is awarded all interest, costs, taxable costs and fees allowed by law.

_____
U.S. DISTRICT COURT JUDGE

APPROVED AS TO FORM:

_____
STUART A. SKLAR P38146
DOUGLAS G. McCRAY (P55568)
FABIAN, SKLAR & KING, P.C.
Attorney for Plaintiff
31800 Northwestern Hwy, Suite 205
Farmington Hills, MI 48334
(248) 855-2110

_____
ROBERT L. MOTT, JR. (P27942)
PATRICK, JOHNSON & MOTT, P.C.
Attorneys for Defendant
27777 Franklin Road, Suite 1100
Southfield, MI 48034
(248) 356-8590

2